## SUMMARY DISPOSITION ORDER

Affirmed.

396 P.3d 1156

**BANK OF AMERICA, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP, Plaintiff-Appellee,**

v.

**John YEH, Defendant-Appellant,**

and

**Lay Menh Yeh; Billy Yeh; Gary Chan; Association of Apartment Owner, Defendants-Appellees,**

and

**United States of America; Bank of Hawaii, Defendants-Appellees,**

and

**John Does 1-50; Jane Does 1-50; DOE Partnerships 1-50; DOE Corporations 1-50; DOE Entities 1-50; and DOE Governmental Units 1-50, Defendants**

**NO. CAAP-16-0000128**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 29, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12-1-3074)

## SUMMARY DISPOSITION ORDER

Vacated. Remanded.

396 P.3d 1156

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**Alberto GARCIA, Defendant-Appellee**

**NO. CAAP-16-0000808**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 29, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CRIMINAL NO. 14-1-1999)

## SUMMARY DISPOSITION ORDER

Affirm.

396 P.3d 1156

**IN the INTEREST OF MN**

**NO. CAAP-14-0001376**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 29, 2017.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT (FC-J No. 97012)

## SUMMARY DISPOSITION ORDER

Affirmed.